**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **In re** | Chapter 11 |
| **SC HEALTHCARE HOLDING, LLC** *et al.*, | Case No. 24-10443 (TMH) |
| **Debtors.**[1] | Jointly Administered |

**NOTICE OF CERTAIN AMENDMENTS TO SCHEDULES OF
ASSETS AND LIABILITIES AND STATEMENT OF FINANCIAL AFFAIRS**

**PLEASE TAKE NOTICE OF THE FOLLOWING**:

Pursuant to Rule 1009(a) of the Federal Rules of Bankruptcy Procedure, the above-captioned debtors and debtors in possession (collectively, the "Debtors") hereby provide notice (this "Notice") that, as set forth below, the Debtors have amended: (i) Schedule A/B, Part 11 for twenty-nine of the Debtors; (ii) Schedule A/B, Part 55 for three of the Debtors; (iii) Schedule E/F for three of the Debtors; (iv) Schedule G of seventy of the Debtors; and (v) Part 2, Question 4 of the Statements (as defined below) for twelve of the Debtors.[2]

**ORIGINAL SCHEDULES OF ASSETS AND LIABILITES
AND STATEMENT OF FINANCIAL AFFAIRS**

On May 31, 2024, the Debtors filed their Schedules of Assets and Liabilities (the "Schedules") and Statements of Financial Affairs (the "Statements") [Docket Nos. 380–505] with the United States Bankruptcy Court for the District of Delaware (the "Court").

**AMENDED SCHEDULES AND STATEMENTS**

Certain of the Debtors hereby amend (i) Schedule A/B, Part 11 to identify certain intercompany receivables; (ii) Schedule A/B, Part 55 to identify certain parcels of real property that were either scheduled incorrectly or inadvertently omitted; (iii) Schedule E/F to identify intercompany payables; and (iv) Schedule G to include additional contracts identified in the Debtors' review of their books and records; (the "Amended Schedules"). The Amended Schedules are attached hereto as **Exhibit A**. The Debtors hereby amend Part 2, Question 4 of the Statements to include transfers made to certain insiders that were not readily available to the Debtors at the

---

[1] The last four digits of SC Healthcare Holding, LLC's tax identification number are 2584. The mailing address for SC Healthcare Holding, LLC is c/o Petersen Health Care Management, LLC 830 West Trailcreek Dr., Peoria, IL 61614. Due to the large number of debtors in these Chapter 11 Cases, whose cases are being jointly administered, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information is available on a website of the Debtors' claims and noticing agent at www.kccllc.net/Petersen.

[2] Attached hereto as **Schedule 1** is a list of the Debtors whose Schedules and/or Statements have been amended.

time of filing of the Statements (the "Amended Statements"). The Amended Statements are attached hereto as **Exhibit B**.

Except for the Amended Schedules and the Amended Statements, no changes have been made to the Schedules or the Statements since they were originally filed. The Amended Schedules and the Amended Statements are hereby incorporated into, and comprise an integral part of, the Schedules and the Statements.

### AMENDED SCHEDULES BAR DATE

On May 21, 2024, the Court entered an order [Docket No. 339], which established certain bar dates in the Debtors' chapter 11 cases. On May 31, 2024, the Debtors filed the *Amended Notice of Entry of Bar Date Order Establishing Deadline for Filing Proofs of Claim (Including for Claims Asserted Under Section 503(b)(9) of the Bankruptcy Code) Against the Debtors* [Docket No. 379].

To the extent that parties affected by the amendments to Schedule E/F and Schedule G (each an "Affected Party") wish to file a proof of claim in the Debtors' chapter 11 cases with respect to these Amended Schedules, such Affected Party must do so by no later than **5:00 p.m. (Prevailing Central Time) on May 23, 2025** (the "Amended Schedules Bar Date").

An Affected Party need not submit a duplicate proof of claim if such Affected Party has already filed a valid proof of claim prior to the applicable bar date.

### GLOBAL NOTES

The Amended Schedules and the Amended Statements remain subject in all respects to the *Global Notes and Statements of Limitations, Methodology, and Disclaimers Regarding the Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs* filed with the original Schedules and Statements, as amended and/or superseded by the *Global Notes and Statements of Limitations, Methodology, and Disclaimers Regarding the Debtors' Amended Schedules of Assets and Liabilities and Statements of Financial Affairs* appended to the Amended Schedules and the Amended Statements.

### RESERVATION OF RIGHTS

The Debtors reserve their rights to dispute, or to assert offsets or defenses against, any filed claim or any claim listed or reflected in the Amended Schedules and the Amended Statements as to the nature, amount, liability, classification, or otherwise. The Debtors reserve all rights to further amend or supplement the Amended Schedules and the Amended Statements. In addition, nothing contained in this Notice shall preclude the Debtors from objecting to any claim, whether scheduled or filed, on any and all grounds.

33089249.1

Dated:  April 22, 2025
        Wilmington, Delaware

Respectfully submitted,

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

*/s/ Shella Borovinskaya*

Andrew L. Magaziner (No. 5426)
Shella Borovinskaya (No. 6758)
Carol E. Thompson (No. 6936)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone:  (302) 571-6600
Facsimile:  (302) 571-1253
Email:      amagaziner@ycst.com
            sborovinskaya@ycst.com
            cthompson@ycst.com

and

**WINSTON & STRAWN LLP**
Daniel J. McGuire (admitted *pro hac vice*)
Gregory M. Gartland (admitted *pro hac vice*)
35 W. Wacker Drive
Chicago, IL 60601
Telephone:  (312) 558-5600
Facsimile:  (312) 558-5700
Email:      dmcguire@winston.com
Email:      ggartland@winston.com

and

Carrie V. Hardman (admitted *pro hac vice*)
200 Park Avenue
New York, New York 10166
Telephone:  (212) 294-6700
Facsimile:  (212) 294-4700
Email:      chardman@winston.com

*Counsel for the Debtors and Debtors in Possession*

33089249.1

3

## **Schedule 1**

### **List of Debtors Subject to Amended Schedules and Amended Statements**

**Schedule A/B, Part 11 Amendments**
CYE Girard HCO, LLC
CYE Monmouth - PHC, Inc.
Lebanon HCO, LLC
Midwest Health Operations, LLC
Petersen Health & Wellness, LLC
Petersen Health Business, LLC
Petersen Health Care - Farmer City, LLC
Petersen Health Care - Illini, LLC
Petersen Health Care - Roseville, LLC
Petersen Health Care II, Inc.
Petersen Health Care Management, LLC
Petersen Health Care VIII, LLC
Petersen Health Care, Inc.
Petersen Health Enterprises, LLC
Petersen Health Group, LLC
Petersen Health Network, LLC
Petersen Health Properties, LLC
Petersen Health Quality, LLC
Petersen Health Systems, Inc.
Petersen Management Company, LLC
Petersen MT3, LLC
Piper HCO, LLC
SABL, LLC
SJL Health Systems, Inc.
Sullivan HCO, LLC
Tarkio HCO, LLC
Tuscola HCO, LLC
Westside HCO, LLC
XCH, LLC

**Schedule A/B, Part 55 Amendments**
Knoxville & Pennsylvania, LLC
Petersen Health Care II, Inc.
Petersen Health Systems, Inc.

33089249.1

**Schedule E/F Amendments**
CYE Girard HCO, LLC
CYE Kewanee- PHC, Inc.
CYE Knoxville - PHC, Inc.
CYE Monmouth - PHC, Inc.
Effingham HCO, LLC
El Paso - PHC, Inc
Kewanee HCO, LLC
Knoxville & Pennsylvania, LLC
Legacy - PHC Inc.
Marigold - PHC Inc.
Midwest Health Operations, LLC
Midwest Health Properties, LLC
North Aurora HCO, LLC
Petersen Health & Wellness, LLC
Petersen Health Business, LLC
Petersen Health Care - Farmer City, LLC
Petersen Health Care - Illini, LLC
Petersen Health Care - Roseville, LLC
Petersen Health Care II, Inc.
Petersen Health Care Management, LLC
Petersen Health Care VIII, LLC
Petersen Health Care, Inc.
Petersen Health Enterprises, LLC
Petersen Health Group, LLC
Petersen Health Network, LLC
Petersen Health Properties, LLC
Petersen Health Quality, LLC
Petersen Health Systems, Inc.
Petersen Management Company, LLC
Polo - PHC, Inc.
SABL, LLC
SJL Health Systems, Inc.
War Drive, LLC
XCH, LLC

**Schedule G Amendments**
Aledo HCO, LLC
Arcola HCO, LLC
Aspen HCO, LLC
Bement HCO, LLC
Betty's Garden HCO, LLC
Casey HCO, LLC
Collinsville HCO, LLC
CYE Bradford HCO, LLC
CYE Bushnell HCO, LLC

2

CYE Girard HCO, LLC
CYE Knoxville HCO, LLC
CYE Monmouth HCO, LLC
CYE Sullivan HCO, LLC
CYE Walcott HCO, LLC
Decatur HCO, LLC
Eastview HCO, LLC
Effingham HCO, LLC
Havana HCO, LLC
Jonesboro, LLC
Kewanee HCO, LLC
Knoxville & Pennsylvania, LLC
Lebanon HCO, LLC
Macomb, LLC
McLeansboro HCO, LLC
Midwest Health Operations, LLC
Midwest Health Properties, LLC
North Aurora HCO, LLC
Petersen Health & Wellness, LLC
Petersen Health Business, LLC
Petersen Health Care - Farmer City, LLC
Petersen Health Care - Illini, LLC
Petersen Health Care - Roseville, LLC
Petersen Health Care II, Inc.
Petersen Health Care III, LLC
Petersen Health Care Management, LLC
Petersen Health Care V, LLC
Petersen Health Care VII, LLC
Petersen Health Care XI, LLC
Petersen Health Care, Inc.
Petersen Health Enterprises, LLC
Petersen Health Group, LLC
Petersen Health Network, LLC
Petersen Health Properties, LLC
Petersen Health Quality, LLC
Petersen Health Systems, Inc.
Petersen Management Company, LLC
Petersen MT, LLC
Petersen MT3, LLC
Piper HCO, LLC
Pleasant View HCO, LLC
Prairie City HCO, LLC
Robings HCO, LLC
Rosiclare HCO, LLC
Royal HCO, LLC
SABL, LLC

3

SC Healthcare Holding, LLC
Shangri La HCO, LLC
Shelbyville HCO, LLC
SJL Health Systems, Inc.
South Elgin, LLC
Sullivan HCO, LLC
Swansea HCO, LLC
Tarkio HCO, LLC
Tuscola HCO, LLC
Twin HCO, LLC
Vandalia HCO, LLC
Village Kewanee HCO, LLC
War Drive, LLC
Watseka HCO, LLC
Westside HCO, LLC
XCH, LLC

**SOFA Part 2, Question 4 Amendments**
Midwest Health Operations, LLC
Petersen Health & Wellness, LLC
Petersen Health Care - Illini, LLC
Petersen Health Care - Roseville, LLC
Petersen Health Care II, Inc.
Petersen Health Care Management, LLC
Petersen Health Network, LLC
Petersen Health Systems, Inc.
Petersen Management Company, LLC
SABL, LLC
SJL Health Systems, Inc.
XCH, LLC

4

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **In re** | Chapter 11 |
| **SC HEALTHCARE HOLDING, LLC** *et al.*, | Case No. 24-10443 (TMH) |
| **Debtors.**[1] | Jointly Administered |

**GLOBAL NOTES
AND STATEMENTS OF LIMITATIONS, METHODOLOGY,
AND DISCLAIMERS REGARDING DEBTORS' *AMENDED* SCHEDULES OF
ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS**

**<u>INTRODUCTION</u>**

On March 20, 2024 (the "<u>Petition Date</u>"), the Debtors commenced these Chapter 11 Cases by filing voluntary petitions for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101–1532 (the "<u>Bankruptcy Code</u>") with the United States Bankruptcy Court for the District of Delaware (the "<u>Court</u>"). These Chapter 11 Cases have been consolidated for procedural purposes only and are being administered jointly under case number 24-10443 (TMH). The Debtors, with the exception of certain inactive entities, are authorized to operate their business as debtors-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.[2]

The debtors and debtors in possession (collectively, the "<u>Debtors</u>" or the "<u>Company</u>") in the above-captioned chapter 11 cases (these "<u>Chapter 11 Cases</u>") filed their *Schedules of Assets and Liabilities* (the "<u>Schedules</u>") and *Statements of Financial Affairs* (the "<u>Statements</u>" and, together with the Schedules, the "<u>Schedules and Statements</u>") pursuant to section 521 of the Bankruptcy Code (as defined below), Rule 1007 of the Federal Rules of Bankruptcy Procedure, and Rule 1007-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware on May 31, 2024. *See* Docket Nos. 380–505.

---

[1]     The last four digits of SC Healthcare Holding, LLC's tax identification number are 2584. The mailing address for SC Healthcare Holding, LLC is c/o Petersen Health Care Management, LLC 830 West Trailcreek Dr., Peoria, IL 61614. Due to the large number of debtors in these Chapter 11 Cases, whose cases are being jointly administered, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information is available on a website of the Debtors' claims and noticing agent at www.kccllc.net/Petersen.

[2]     Pursuant to that *Order Approving Stipulation to Resolve (I) X-Caliber's (A) Motion to Dismiss, (B) 543 Motion, and (C) DIP Objection, and (II) the Debtors' MT4 Motion to Dismiss* [Docket No. 340], certain of the Debtors' cases are suspended pursuant to 11 U.S.C. §305(b) and, thus, these Schedules and Statements do not reflect information from the suspended Debtors' books and records.

As discussed in global notes attached to each of the originally filed Schedules and Statements (the "Global Notes"),[3] due in part to the Data Breach, the records of certain "insider" payments disclosed in question 4 of the Schedules were unavailable at the time Schedules and Statements were filed and were thus not represented therein.[4]  The Debtors, as denoted in the Global Notes, engaged a third-party accounting firm which has reviewed and recreated certain missing portions of the Debtors' books and records—relevantly, that work has yielded a more fulsome understanding of the Debtors "insider" payments, among other things.  Accordingly, the Debtors now file these amendments to the Schedules and Statements (the "Amended Schedules and Statements") to provide updates to the Schedules and Statements where new details have been made available.

As part of their ongoing business operations and review of their books and records, the Debtors reviewed additional contracts which have been added to Schedule G.  The Debtors have also identified additional accounts receivable amounts due from non-Debtor affiliates, real property owned by certain Debtors, additional unsecured claims, and additional payments to insiders, all of which have been added in the Amended Schedules and Statements, where applicable.  The Debtors have also included various one-off updates as part of the Amended Schedules and Statements where applicable and necessary.

The Amended Schedules and Statements have been prepared by the Debtors' management team, with the assistance of their professional advisors, with reliance upon the efforts, statements, and representations of the Debtors' personnel and the advice of the Debtors' professional advisors. The Amended Schedules and Statements are unaudited and subject to potential adjustment.  In preparing the Amended Schedules and Statements, the Debtors relied on financial data derived from their books and records that was available at the time of preparation.

The Debtors have used commercially reasonable efforts to ensure the accuracy and completeness of information and data; however, subsequent information, data, or discovery may result in material changes to the Amended Schedules and Statements and inadvertent errors, omissions, or inaccuracies may exist.

The Debtors and their estates reserve all rights to further amend or supplement the Amended Schedules and Statements as may be necessary and appropriate, but expressly do not

---

[3]   Capitalized terms used herein but not otherwise defined shall have the meaning ascribed to them in the Global Notes.

[4]   On or about October 20, 2023, Petersen became the victim of a ransomware attack by an entity named White Ninja.  The attackers infiltrated many of the Petersen systems, thereby impacting the Debtors' access to historic and current billing records, other books and records, and emails (the "Data Breach").  The Debtors quickly contacted a consultant to assist in remedying the impact of the ransomware attack and provided notice of the attack to the Federal Bureau of Investigation.  While the Debtors are back "online" with new servers, email addresses, and replacement software, a significant amount of the Debtors' books and records were lost in the attack, leading to incredible difficulty and delay in pursuit of the Debtors' accounts receivable. Additionally, as a result of the ransomware attack, retrieval of the Debtors' files and related information has proven onerous and, in some cases, impossible.  Thus, throughout the Chapter 11 Cases, the Debtors have had and anticipate having difficulty providing comprehensive historical information.  Such difficulty, thus, impacts the availability, accuracy, and completeness of the information in the Debtors' Schedules and Statements.

undertake any obligation to update, modify, revise, or re-categorize the information provided in the Amended Schedules and Statements or to notify any third party should the information be updated, modified, revised, or re-categorized, except as required by applicable law or order of the Court. Nothing contained in the Amended Schedules and Statements or these *Global Notes and Statements of Limitations, Methodology, and Disclaimers Regarding Debtors' Amended Schedules of Assets and Liabilities and Statements of Financial Affairs* (these "Amended Global Notes") shall constitute a waiver of any rights of the Debtors and their estates or an admission with respect to these Chapter 11 Cases, including, but not limited to, any issues involving objections to claims, setoff or recoupment, equitable subordination or recharacterization of debt, defenses, characterization or re-characterization of contracts, leases, and claims, assumption or rejection of contracts and leases, and/or causes of action arising under the Bankruptcy Code or any other applicable laws.

The Debtors and their agents, attorneys, and financial advisors shall not be liable for any loss or injury arising out of, or caused in whole or in part by, the acts, errors, or omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating, or delivering the information contained herein. In no event shall the Debtors or their agents, attorneys and financial advisors be liable to any third party for any direct, indirect, incidental, consequential, or special damages (including, but not limited to, damages arising from the disallowance of a potential claim against the Debtors or damages to business reputation, lost business or lost profits), whether foreseeable or not and however caused, even if the Debtors or their agents, attorneys, and financial advisors are advised of the possibility of such damages.

Unless specifically amended hereby, the Global Notes are incorporated by reference in full and should be read in conjunction with these Amended Global Notes. These Amended Global Notes should be referred to and reviewed in connection with any review of the Amended Schedules and Statements.

## SPECIFIC ADDITIONAL DISCLOSURES WITH RESPECT TO AMENDED SCHEDULES AND STATEMENTS

### Schedule A/B

**Item 11**: As previewed in the Global Notes, the Debtors engaged RubinBrown, LLP to review and reconcile certain historical data in their books and records. As a result of that work, the Debtors now have updated books and records and are filing these Amended Schedules and Statements to provide those updated records. As part of Rubin Brown's work, additional unpaid accounts receivable amounts were identified as due and owing to certain Debtors from various non-Debtor affiliates and Mr. Petersen. Such amounts have been added to the appropriate Debtors' accounts receivable values, where applicable, in the Amended Schedules and Statements.

**Item 55:** Upon further review and analysis of the Debtors' real property, particularly in the wake of the sale of substantially all of the Debtors' facilities, the Debtors have identified certain parcels of real property that were either scheduled incorrectly or were inadvertently not scheduled. Accordingly, the Debtors have updated Schedule A/B, item 55, where applicable, to accurately reflect their real property assets.

**Schedule E/F**

**Part 2**:  As previewed in the Global Notes, the Debtors engaged RubinBrown, LLP to review and reconcile certain historical data in their books and records.  As part of Rubin Brown's work, additional nonpriority unsecured claims held by non-Debtor affiliates were identified and have been scheduled in the appropriate Debtors' Amended Schedules and Statements.

**Schedule G**

The Debtors' business is complex, and the Data Breach made the compilation and review of the Debtors' contracts difficult and time-consuming.  The amendment to Schedule G reflects the Debtors' best efforts to schedule every known executory contract in the Debtors' books and records.  While every effort has been made to ensure the accuracy of Schedule G, inadvertent errors or omissions may have occurred.  If the Debtors uncover additional contracts that were not included herein, the Debtors reserve their right to amend and/or supplement the Schedules as necessary.  The contracts, agreements, and leases listed on Schedule G may have expired or may have been modified, amended, or supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters, and other documents, instruments, and agreements that may not be listed therein.  Relationships between the Debtors and their vendors are occasionally governed by a master services agreement, under which vendors also place work and purchase orders, which may be considered executory contracts.  The Debtors believe that disclosure of all of these purchase and work orders would be impracticable and unduly burdensome.  Likewise, in some cases, the same supplier or provider may appear multiple times in Schedule G.

Unless otherwise specified on Schedule G, each executory contract or unexpired lease listed thereon shall include all final exhibits, schedules, riders, modifications, declarations, amendments, supplements, attachments, restatements, or other agreements made directly or indirectly by any executed agreement, instrument, or other document that in any manner affects such executory contract or unexpired lease, without respect to whether such agreement, instrument, or other document is listed thereon.

The Debtors and their estates hereby reserve all of their rights, claims, and causes of action to (i) dispute the validity, status, or enforceability of any contracts, agreements, or leases set forth in Schedule G, (ii) dispute or challenge the characterization of the structure of any transaction, document, or instrument related to a creditor's claim, including, but not limited to, the agreements listed on Schedule G; and (iii) amend or supplement such Schedule as necessary.

**Statement of Financial Affairs**

**Question 4:**  Mark Petersen, as the owner and Chief Executive Officer of the Debtors and their affiliates since 2002, has overseen the expansion of the Debtors' enterprise over the last twenty plus years.  For a large portion of that time, and for at least the past ten years, Mr. Petersen has not taken a salary for his role as Chief Executive Officer.  In lieu of a salary, Mr. Petersen occasionally paid certain of his personal expenses out of the Debtors' accounts.  Such payments were, at all times, accurately recorded as dividends and have been listed in Question 4.  In certain instances, Mr. Petersen acted as an intermediary between certain Debtors wherein he would receive a

4

disbursement from one Debtor entity and then immediately deposit such disbursement with another Debtor entity or non-Debtor affiliate as a method of intercompany cash management. Those disbursements to Mr. Petersen are reflected in Question 4, but due in part to the Data Breach, the records of the corresponding deposits back into the enterprise were not readily available in the Debtors books at the time of filing the original Schedules and Statements. As discussed above, the Debtors engaged RubinBrown, LLP to review and reconcile certain historical data in their books and records and are filing these Amended Schedules and Statements to provide necessary updates. Rubin Brown's work identified instances in which payments were made to Mr. Petersen during the one-year look-back period set forth in Question 4 for various business-related reasons. Such payments have been added to the appropriate Debtors' Amended Schedules and Statements. Rubin Brown's work also identified additional payments from Debtors to non-Debtor affiliates during the one-year look-back period set forth in Question 4. Such payments have been added to the appropriate Debtors Amended Schedules and Statements and marked with an asterisk ("*") as marked in the originally filed Schedules and Statements. Finally, in the originally filed Schedules and Statements, certain insider payments were scheduled to "undetermined" insiders. Rubin Brown's work identified the appropriate recipient insiders for those payments and accordingly, the "undetermined" payments have been removed. Rubin Brown's work also identified certain insider payments that were scheduled inadvertently and such payments have been removed from the appropriate Debtors' Amended Schedules and Statements.

[*Remainder of page left intentionally blank*]

5

# EXHIBIT A

## Amended Schedules

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | |
| SC HEALTHCARE HOLDING, LLC, *et al.*, | Chapter 11 |
| Debtors. [1] | Case No. 24-10443 (TMH) |
| | (Jointly Administered) |

**AMENDED SCHEDULES OF ASSETS AND LIABILITIES FOR**
**SABL, LLC (CASE NO. 24-10584)**

Amended Herein:

- Schedule A/B: Assets Real and Personal Property Part 11: All other assets
- Schedule E/F: Creditors Who Have Unsecured
- Schedule G: Executory Contracts and Unexpired Leases
- Summary of Assets and Liabilities for Non-Individuals

---

[1]   The last four digits of SC Healthcare Holding, LLC's tax identification number are 2584. The mailing address for SC Healthcare Holding, LLC is c/o Petersen Health Care Management, LLC 830 West Trailcreek Dr., Peoria, IL 61614. Due to the large number of debtors in these Chapter 11 Cases, for which the Debtors have requested joint administration, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information will be made available on a website of the Debtors' claims and noticing agent at www.kccllc.net/Petersen.

**Fill in this information to identify the case:**

Debtor Name: In re : SABL, LLC

United States Bankruptcy Court for the:  District of Delaware

Case number (if known): 24-10584 (TMH)

☑ Check if this is an
amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

**12/15**

### Part 1:   Summary of Assets

1. *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**

      Copy line 88 from *Schedule A/B* ........................................................................................................

$ _____ 0.00

    1b. **Total personal property:**

      Copy line 91A from *Schedule A/B* ....................................................................................................

$ _____ 3,113,853.81

    1c. **Total of all property:**

      Copy line 92 from *Schedule A/B* ......................................................................................................

$ _____ 3,113,853.81

### Part 2:   Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

    Copy the total dollar amount listed in Column A, *Amount of claim,*from line 3 of *Schedule D* ....................................

$ _____ 0.00

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**

      Copy the total claims from Part 1 from line 5a of *Schedule E/F* ..........................................................

$ _____ 880.00

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**

      Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F* ................................................

+ $ _____ 7,745,233.98

4. **Total liabilities**

    Lines 2 + 3a + 3b ..........................................................................................................................................

$ _____ 7,746,113.98

**Fill in this information to identify the case:**

Debtor Name: In re : SABL, LLC

United States Bankruptcy Court for the:  District of Delaware

Case number (if known): 24-10584 (TMH)

☑ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property    **12/15**

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

**For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.**

**Part 1:    Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.

   ☑ Yes. Fill in the information below.

| **All cash or cash equivalents owned or controlled by the debtor** | **Current value of debtor's interest** |
|---|---|

2. **Cash on hand**

   2.1 None    $ _____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1 CIBC | Controlled Disbursement | 1337 | $ 0.00 |
| 3.2 PNC Bank | Collective | 2626 | $ 0.00 |
| 3.3 PNC Bank | Disbursement | 2685 | $ 38,582.80 |
| 3.4 PNC Bank | Escrow | 2749 | $ 0.00 |
| 3.5 PNC Bank | Reserve | 3549 | $ 0.00 |

4. **Other cash equivalents** *(Identify all)*

   4.1 None    $ _____

5. **Total of Part 1**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

   | $ 38,582.80 |
   |---|

Debtor: SABL, LLC
_____
Name

Case number *(if known):* 24-10584
_____

| Part 2: | Deposits and prepayments |

6. **Does the debtor have any deposits or prepayments?**

☑ No. Go to Part 3.

☐ Yes. Fill in the information below.

**Current value of debtor's interest**

7. **Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

_____    $ _____

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

_____    $ _____

9. **Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.    $ _____ 0.00

Debtor: SABL, LLC _____   Case number *(if known)*:  24-10584
Name

## Part 3:   Accounts receivable

10. **Does the debtor have any accounts receivable?**

☑ No. Go to Part 4.

☐ Yes. Fill in the information below.

**Current value of debtor's interest**

11. **Accounts receivable**

|  | Description | face amount | doubtful or uncollectible accounts | | |
|---|---|---|---|---|---|
| 11a.   90 days old or less: | _____ | $ _____ | - $ _____ | =..... ➜ | $ _____ |
| 11b.   Over 90 days old: | _____ | $ _____ | - $ _____ | =..... ➜ | $ _____ |

12. **Total of Part 3.**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.

$ _____ 0.00

Debtor: SABL, LLC
_____
Name

Case number *(if known)*:  24-10584
_____

---

| Part 4: | Investments |
|---|---|

13. **Does the debtor own any investments?**

☐ No. Go to Part 5.

☑ Yes. Fill in the information below.

|  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

| 14.1 None | | $ |
|---|---|---|

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                                   % of ownership:

| 15.1 See Schedule A/B 15 Attachment | | | $ |
|---|---|---|---|

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

| 16.1 None | | $ |
|---|---|---|

17. **Total of Part 4.**

Add lines 14 through 16. Copy the total to line 83.

$ _____ 0.00

---

Debtor: SABL, LLC
_____
Name

Case number *(if known)*: 24-10584
_____

## Part 5:    Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

    ☑  No. Go to Part 6.

    ☐  Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | $ | | $ |
| 20. **Work in progress** | | $ | | $ |
| 21. **Finished goods, including goods held for resale** | | $ | | $ |
| 22. **Other inventory or supplies** | | $ | | $ |

23. **Total of Part 5.**

    Add lines 19 through 22. Copy the total to line 84.

    $ _____ 0.00

24. **Is any of the property listed in Part 5 perishable?**

    ☐  No

    ☐  Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

    ☐  No

    ☐  Yes.  Description_____  Book value $ _____  Valuation method _____  Current value $ _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

    ☐  No

    ☐  Yes

Debtor: __SABL, LLC_____     Case number *(if known):* __24-10584_____
          Name

---

## Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

    ☑  No. Go to Part 7.

    ☐  Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | $ | | $ |
| 29. **Farm animals** *Examples:* Livestock, poultry, farm-raised fish | $ | | $ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | $ | | $ |
| 31. **Farm and fishing supplies, chemicals, and feed** | $ | | $ |
| 32. **Other farming and fishing-related property not already listed in Part 6** | $ | | $ |

33. **Total of Part 6.**
    Add lines 28 through 32. Copy the total to line 85.

    $ _____ 0.00

34. **Is the debtor a member of an agricultural cooperative?**

    ☐  No

    ☐  Yes. Is any of the debtor's property stored at the cooperative?

        ☐  No

        ☐  Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

    ☐  No

    ☐  Yes.  Description_____  Book value $ _____  Valuation method_____  Current value $ _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

    ☐  No

    ☐  Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

    ☐  No

    ☐  Yes

Debtor: SABL, LLC
_____
Name

Case number *(if known)*: 24-10584

## Part 7: Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No. Go to Part 8.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | $ | | $ |
| 40. **Office fixtures** | $ | | $ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | $ | | $ |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings,prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | $ | | $ |

43. **Total of Part 7.**
Add lines 39 through 42. Copy the total to line 86.

$ _____ 0.00

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No

☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☐ No

☐ Yes

Case 24-10584-TMH    Doc 5    Filed 04/22/25    Page 23 of 82

Debtor: SABL, LLC
_____
Name

Case number *(if known)*: 24-10584

## Part 8:    Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

_____ $ _____ _____ $ _____

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

_____ $ _____ _____ $ _____

49. **Aircraft and accessories**

_____ $ _____ _____ $ _____

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

_____ $ _____ _____ $ _____

51. **Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

$ _____ 0.00

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No

☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☐ No

☐ Yes

Official Form 206 A/B    Schedule A/B: Assets - Real and Personal Property    Page 8 of 12

Debtor: SABL, LLC
_____
Name

Case number *(if known)*:   24-10584

---

**Part 9:**   **Real property**

54.  **Does the debtor own or lease any real property?**

☑  No. Go to Part 10.

☐  Yes. Fill in the information below.

55.  **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br><br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 _____ | _____ | $ _____ | _____ | $ _____ |

56.  **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$ _____ 0.00

57.  **Is a depreciation schedule available for any of the property listed in Part 9?`**

☐  No

☐  Yes

58.  **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☐  No

☐  Yes

Debtor: SABL, LLC
_____
Name

Case number *(if known)*: 24-10584
_____

## Part 10:   Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

☑ No. Go to Part 11.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | $ | | $ |
| 61. **Internet domain names and websites** | $ | | $ |
| 62. **Licenses, franchises, and royalties** | $ | | $ |
| 63. **Customer lists, mailing lists, or other compilations** | $ | | $ |
| 64. **Other intangibles, or intellectual property** | $ | | $ |
| 65. **Goodwill** | $ | | $ |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$ _____ 0.00

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

☐ No

☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☐ No

☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☐ No

☐ Yes

Debtor: __SABL, LLC_____     Case number *(if known):* __24-10584_____
Name

## Part 11:   All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐   No. Go to Part 12.

☑   Yes. Fill in the information below.

|  | **Current value of debtor's interest** |
|---|---|

71. **Notes receivable**

Description (include name of obligor)          Total face amount          doubtful or uncollectible accounts

71.1  None                                $ _____  - $ _____  =..... ➔  $ _____

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

72.1  None _____   Tax year _____   $ _____

73. **Interests in insurance policies or annuities**

73.1  None _____                              $ _____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

74.1  See Global Notes _____                          $ _____

**Nature of claim**          _____

**Amount requested**       $ _____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

75.1  None _____                              $ _____

**Nature of claim**          _____

**Amount requested**       $ _____

76. **Trusts, equitable or future interests in property**

76.1  None _____                              $ _____

77. **Other property of any kind not already listed** *Examples*: Season tickets, country club membership

77.1  See AMENDED A/B 77 Attachment _____            $            3,075,271.01

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.          $            3,075,271.01

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑   No

☐   Yes

Debtor: SABL, LLC

Name

Case number *(if known)*:    24-10584

## Part 12:    Summary

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 38,582.80 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* .........→ | | $ 0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | $ 3,075,271.01 | |
| 91. **Total.** Add lines 80 through 90 for each column**..............................**91a. | $ 3,113,853.81 | + 91b. $ 0.00 |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. .......................................................................... | | $ 3,113,853.81 |

**Fill in this information to identify the case:**

Debtor Name: In re : SABL, LLC

United States Bankruptcy Court for the:  District of Delaware

Case number (if known): 24-10584 (TMH)

☑ Check if this is an
amended filing

Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:    List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).**

   ☐  No. Go to Part 2.
   ☑  Yes. Go to Line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | Total claim | Priority amount |
|---|---|---|

**2.1 Priority creditor's name and mailing address**

Internal Revenue Service
Creditor Name

Creditor's Notice name

569 West Monroe Street, Suite 1100
Address

| Chicago | IL | 60675 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:** $ 880.00   $ 880.00
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Taxes

**Is the claim subject to offset?**
☑  No

☐  Yes

## Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

**3.1 Nonpriority creditor's name and mailing address**

Charleston HCO, LLC
Creditor Name

Creditor's Notice name

723 Eighteenth Street
Address

| Charleston | IL | 61920 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

As of 3/31/2024

**Last 4 digits of account**

**number**

*Amended herein:  added*

**As of the petition filing date, the claim is:** $        850,000.00
*Check all that apply.*

☐   Contingent

☐   Unliquidated

☐   Disputed

**Basis for the claim:**

Inter Company Loan

**Is the claim subject to offset?**

☑   No

☐   Yes

**3.2 Nonpriority creditor's name and mailing address**

Levin & Perconti
Creditor Name

Creditor's Notice name

60 W. Randolph Street
Address

4th Floor

| Chicago | IL | 60601 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $        Undetermined
*Check all that apply.*

☐   Contingent

☑   Unliquidated

☑   Disputed

**Basis for the claim:**

Litigation

**Is the claim subject to offset?**

☑   No

☐   Yes

Debtor:   SABL, LLC
_____
Name

Case number *(if known):*   24-10584
_____

**3.3 Nonpriority creditor's name and mailing address**

Mark Petersen
_____
Creditor Name


_____
Creditor's Notice name

830 W Trailcreek Dr.
_____
Address

_____

_____

Peoria _____ | IL _____ | 61614 _____
City | State | ZIP Code

_____
Country

**Date or dates debt was incurred**

As of 3/31/2024

**Last 4 digits of account**

**number**

*Amended herein:  added*

**As of the petition filing date, the claim is:**   $ _____ 2,370,720.00
*Check all that apply.*

☐   Contingent

☐   Unliquidated

☐   Disputed

**Basis for the claim:**

Inter Company Loan
_____

**Is the claim subject to offset?**

☑   No

☐   Yes

---

**3.4 Nonpriority creditor's name and mailing address**

Petersen Health Operations, LLC
_____
Creditor Name


_____
Creditor's Notice name

830 W Trailcreek Dr.
_____
Address

_____

_____

Peoria _____ | IL _____ | 61614 _____
City | State | ZIP Code

_____
Country

**Date or dates debt was incurred**

As of 3/31/2024

**Last 4 digits of account**

**number**

*Amended herein:  added*

**As of the petition filing date, the claim is:**   $ _____ 1,901,558.54
*Check all that apply.*

☐   Contingent

☐   Unliquidated

☐   Disputed

**Basis for the claim:**

Inter Company Loan
_____

**Is the claim subject to offset?**

☑   No

☐   Yes

---

Official Form 206E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**                              Page 3 of 7

Debtor: SABL, LLC
Name

Case number *(if known):*  24-10584

3.5 **Nonpriority creditor's name and mailing address**

Plaza West Development, LLC
Creditor Name

Creditor's Notice name

7601 N. Orange Prairie Rd.
Address

Peoria          IL          61615
City          State          ZIP Code

Country

**Date or dates debt was incurred**

As of 3/31/2024

**Last 4 digits of account**

**number**

*Amended herein:  added*

**As of the petition filing date, the claim is:**  $                100,000.00
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Inter Company Loan

**Is the claim subject to offset?**

☑  No

☐  Yes

3.6 **Nonpriority creditor's name and mailing address**

Sunset HCC, LLC
Creditor Name

Creditor's Notice name

129 South 1st Avenue
Address

Canton          IL          61520
City          State          ZIP Code

Country

**Date or dates debt was incurred**

As of 3/31/2024

**Last 4 digits of account**

**number**

*Amended herein:  added*

**As of the petition filing date, the claim is:**  $                277,955.44
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Inter Company Loan

**Is the claim subject to offset?**

☑  No

☐  Yes

Debtor: SABL, LLC
_____
Name

Case number *(if known):*  24-10584
_____

3.7 **Nonpriority creditor's name and mailing address**

Twenty Four Corp, LLC
_____
Creditor Name

_____
Creditor's Notice name

830 W Trailcreek Dr.
_____
Address

_____

_____

| Peoria | IL | 61614 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

**Date or dates debt was incurred**

As of 3/31/2024

**Last 4 digits of account**

**number**

*Amended herein:  added*

**As of the petition filing date, the claim is:**  $              2,245,000.00

*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Inter Company Loan

**Is the claim subject to offset?**

☑  No

☐  Yes

**Part 3:**      **List Others to Be Notified About Unsecured Claims**

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.**
**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| _____<br>Name | Line<br><br>☐  Not Listed.Explain<br>_____ | _____ |
| _____<br>Notice Name | | |
| _____<br>Street | | |
| _____ | | |
| _____ | | |
| _____ _____ _____<br>City    State    ZIP Code | | |
| _____<br>Country | | |

**Part 4:**    **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. **Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $ 880.00 |
| 5b. **Total claims from Part 2** | 5b. **+** | $ 7,745,233.98 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 7,746,113.98 |

**Fill in this information to identify the case:**

Debtor Name: In re : SABL, LLC

United States Bankruptcy Court for the:  District of Delaware

Case number (if known): 24-10584 (TMH)

☑ Check if this is an
amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases          12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2. **List all contracts and unexpired leases**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

2.1 **State what the contract or lease is for and the nature of the debtor's interest**

Mobile Imaging Service Agreement

BioTech X-ray, Inc
Name

Attn Tamara Schwartz, President
Notice Name

1065 Executive Parkway Ste.220
Address

**State the term remaining**

**List the contract number of any government contract**

| St. Louis | MO | 63141-6367 |
|---|---|---|
| City | State | ZIP Code |

Country

*Amended herein: added*

2.2 **State what the contract or lease is for and the nature of the debtor's interest**

Service Agreement

BioTech X-ray, Inc
Name

Attn Tamara Schwartz, President
Notice Name

1065 Executive Parkway Ste.220
Address

**State the term remaining**

**List the contract number of any government contract**

| St. Louis | MO | 63141-6367 |
|---|---|---|
| City | State | ZIP Code |

Country

*Amended herein: added*

Debtor:  SABL, LLC
    Name

Case number *(if known):*    24-10584

| 2.3 | **State what the contract or lease is for and the nature of the debtor's interest** | Renewal Customer Service Agreement | Call One Inc. |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 225 West Wacker Drive 8th Floor |
| | **State the term remaining** | | Address |
| | | | |
| | **List the contract number of any government contract** | | |
| | | | |

| City | State | ZIP Code |
| --- | --- | --- |
| Chicago | IL | 60606 |

Country

*Amended herein: added*

| 2.4 | **State what the contract or lease is for and the nature of the debtor's interest** | Amendment No. 3 to Pharmacy Products and Services Agreement | Enloe Drugs, LLC |
| | | | Name |
| | | | OMNICARE OF DECATUR |
| | | | Notice Name |
| | | | 796 N. SUNNYSIDE ROAD |
| | **State the term remaining** | | Address |
| | | | |
| | **List the contract number of any government contract** | | |
| | | | |

| City | State | ZIP Code |
| --- | --- | --- |
| Decatur | IL | 62522-1156 |

Country

*Amended herein: added*

| 2.5 | **State what the contract or lease is for and the nature of the debtor's interest** | Radiology Services Agreement | Gamma HealthCare, Inc. |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 1717 West Maud St. |
| | **State the term remaining** | | Address |
| | | | |
| | **List the contract number of any government contract** | | |
| | | | |

| City | State | ZIP Code |
| --- | --- | --- |
| Poplar Bluff | MO | 63901 |

Country

*Amended herein: added*

Debtor:  SABL, LLC
Name

Case number *(if known):*   24-10584

**2.6** **State what the contract or lease is for and the nature of the debtor's interest**   Purchasing Agreement

Gem Medical Supplies, LLC
Name

Notice Name

730 Anthony Trail
Address

**State the term remaining**

**List the contract number of any government contract**

| Northbrook | IL | 60062 |
|---|---|---|
| City | State | ZIP Code |

Country

*Amended herein: added*

**2.7** **State what the contract or lease is for and the nature of the debtor's interest**   Amended and Restated Therapy Services Agreement

Kindred Rehab Services, LLC
Name

Attn VP, Finance
Notice Name

Rehab Care
Address

**State the term remaining**   680 South Fourth Street

**List the contract number of any government contract**

| Louisville | KY | 40202 |
|---|---|---|
| City | State | ZIP Code |

Country

*Amended herein: added*

**2.8** **State what the contract or lease is for and the nature of the debtor's interest**   Master Contract for Biohazard Waste

MCKay's Haz-Mat Truck Service, Inc.
Name

Notice Name

PO Box 1444
Address

**State the term remaining**

**List the contract number of any government contract**

| Centralia | IL | 62801 |
|---|---|---|
| City | State | ZIP Code |

Country

*Amended herein: added*

Debtor: SABL, LLC
_____
Name

Case number *(if known)*: 24-10584
_____

| | | |
|---|---|---|
| 2.9 **State what the contract or lease is for and the nature of the debtor's interest** | Prime Vendor Product Supply Agreement | McKesson Medical-Surgical Minnesota Supply Inc. |
| | | Name |
| | | Notice Name |
| | | 8121 Tenth Avenue North |
| **State the term remaining** | | Address |
| **List the contract number of any government contract** | | |

| City | State | ZIP Code |
|---|---|---|
| Golden Valley | MN | 55427 |

Country

*Amended herein: added*

| | | |
|---|---|---|
| 2.10 **State what the contract or lease is for and the nature of the debtor's interest** | Amendment to Contract | Medical Staffing Solutions, LLC |
| | | Name |
| | | Notice Name |
| | | 8601 N. Kentucky Ave, Suite A |
| **State the term remaining** | | Address |
| **List the contract number of any government contract** | | |

| City | State | ZIP Code |
|---|---|---|
| Evansville | IN | 47725 |

Country

*Amended herein: added*

| | | |
|---|---|---|
| 2.11 **State what the contract or lease is for and the nature of the debtor's interest** | Amendment to Professional Services Agreement | Medical Staffing Solutions, LLC |
| | | Name |
| | | Notice Name |
| | | 8601 N. Kentucky Ave, Suite A |
| **State the term remaining** | | Address |
| **List the contract number of any government contract** | | |

| City | State | ZIP Code |
|---|---|---|
| Evansville | IN | 47725 |

Country

*Amended herein: added*

Debtor: SABL, LLC
Name

Case number *(if known):*   24-10584

| | | | |
|---|---|---|---|
| 2.12 | **State what the contract or lease is for and the nature of the debtor's interest** | Attachment 1 to Professional Services Agreement | Medical Staffing Solutions, LLC |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 8601 N. Kentucky Ave, Suite A |
| | **State the term remaining** | | Address |
| | | | |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | |
| | | | Evansville | IN | 47725 |
| | | | City | State | ZIP Code |
| | | | |
| | | | Country |

*Amended herein: added*

| | | | |
|---|---|---|---|
| 2.13 | **State what the contract or lease is for and the nature of the debtor's interest** | Professional Services Agreement | Medical Staffing Solutions, LLC |
| | | | Name |
| | | | Attn Chief Executive Officer |
| | | | Notice Name |
| | | | 9700 HWY 57N, Suite A |
| | **State the term remaining** | | Address |
| | | | |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | |
| | | | Evansville | IN | 47725 |
| | | | City | State | ZIP Code |
| | | | |
| | | | Country |

*Amended herein: added*

| | | | |
|---|---|---|---|
| 2.14 | **State what the contract or lease is for and the nature of the debtor's interest** | Amendment No. 2 to Pharmacy Consultant Agreement | Omnicare |
| | | | Name |
| | | | Attn Legal |
| | | | Notice Name |
| | | | One CVS Drive Mail Code 1160 |
| | **State the term remaining** | | Address |
| | | | |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | |
| | | | Woonsocket | RI | 02895 |
| | | | City | State | ZIP Code |
| | | | |
| | | | Country |

*Amended herein: added*

2.12

Debtor: SABL, LLC
_____
Name

Case number *(if known):*    24-10584
_____

| | | | |
|---|---|---|---|
| 2.15 | **State what the contract or lease is for and the nature of the debtor's interest** | Amendment No. 5 to Pharmacy Consultant Agreement | Omnicare |
| | | | Name |
| | | | Attn Legal |
| | | | Notice Name |
| | | | One CVS Drive Mail Code 1160 |
| | **State the term remaining** | | Address |
| | **List the contract number of any government contract** | | |

| City | State | ZIP Code |
|---|---|---|
| Woonsocket | RI | 02895 |

Country

*Amended herein: added*

| | | | |
|---|---|---|---|
| 2.16 | **State what the contract or lease is for and the nature of the debtor's interest** | Amendment No. 6 to Pharmacy Products and Services Agreement | Omnicare |
| | | | Name |
| | | | Attn Legal |
| | | | Notice Name |
| | | | One CVS Drive Mail Code 1160 |
| | **State the term remaining** | | Address |
| | **List the contract number of any government contract** | | |

| City | State | ZIP Code |
|---|---|---|
| Woonsocket | RI | 02895 |

Country

*Amended herein: added*

| | | | |
|---|---|---|---|
| 2.17 | **State what the contract or lease is for and the nature of the debtor's interest** | Amendment to Pharmacy Consultant Agreement | Omnicare |
| | | | Name |
| | | | Attn Legal |
| | | | Notice Name |
| | | | One CVS Drive Mail Code 1160 |
| | **State the term remaining** | | Address |
| | **List the contract number of any government contract** | | |

| City | State | ZIP Code |
|---|---|---|
| Woonsocket | RI | 02895 |

Country

*Amended herein: added*

Debtor: SABL, LLC
_____
Name

Case number *(if known):*   24-10584
_____

| | | |
|---|---|---|
| 2.18 | **State what the contract or lease is for and the nature of the debtor's interest** | Letter Amendment re: COVID-19 Vaccination Distribution Services |

Omnicare
_____
Name

Attn Legal
_____
Notice Name

One CVS Drive Mail Code 1160
_____
Address

_____

_____

| | | |
|---|---|---|
| Woonsocket | RI | 02895 |
| City | State | ZIP Code |

_____
Country

**State the term remaining**

**List the contract number of any government contract**

*Amended herein: added*

| | | |
|---|---|---|
| 2.19 | **State what the contract or lease is for and the nature of the debtor's interest** | Pharmacy Consultant Agreement |

Omnicare
_____
Name

Attn Legal
_____
Notice Name

One CVS Drive Mail Code 1160
_____
Address

_____

_____

| | | |
|---|---|---|
| Woonsocket | RI | 02895 |
| City | State | ZIP Code |

_____
Country

**State the term remaining**

**List the contract number of any government contract**

*Amended herein: added*

| | | |
|---|---|---|
| 2.20 | **State what the contract or lease is for and the nature of the debtor's interest** | Pharmacy Products and Services Agreement |

Omnicare
_____
Name

Attn Legal
_____
Notice Name

One CVS Drive Mail Code 1160
_____
Address

_____

_____

| | | |
|---|---|---|
| Woonsocket | RI | 02895 |
| City | State | ZIP Code |

_____
Country

**State the term remaining**

**List the contract number of any government contract**

*Amended herein: added*

Debtor: SABL, LLC
_____
Name

Case number *(if known):* 24-10584
_____

**2.21** **State what the contract or lease is for and the nature of the debtor's interest**

Amendment to Pharmacy Consultant Agreement

Omnicare Pharmacy of the Midwest, LLC dba Omnicare of Kansas City
_____
Name

_____
Notice Name

10400 Hickman Mills Drive, Suite 200
_____
Address

**State the term remaining**

**List the contract number of any government contract**

| Kansas City | MO | 64137 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

*Amended herein: added*

**2.22** **State what the contract or lease is for and the nature of the debtor's interest**

Amendment to Pharmacy Products and Services Agreement

Omnicare Pharmacy of the Midwest, LLC dba Omnicare of Kansas City
_____
Name

_____
Notice Name

10400 Hickman Mills Drive, Suite 200
_____
Address

**State the term remaining**

**List the contract number of any government contract**

| Kansas City | MO | 64137 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

*Amended herein: added*

**2.23** **State what the contract or lease is for and the nature of the debtor's interest**

Amendment to Pharmacy Consultant Agreement

Omnicare, Inc.
_____
Name

Attn General Counsel
_____
Notice Name

900 Omnicare Center
_____
Address

201 East Fourth Street
_____

**State the term remaining**

**List the contract number of any government contract**

| Cincinnati | OH | 45202 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

*Amended herein: added*

Debtor: SABL, LLC
Name

Case number *(if known):* 24-10584

| 2.24 | **State what the contract or lease is for and the nature of the debtor's interest** | Amendment to Pharmacy Products and Services Agreement | Omnicare, Inc. |
|---|---|---|---|

Name

Attn General Counsel
Notice Name

900 Omnicare Center
Address

**State the term remaining**

201 East Fourth Street

**List the contract number of**

**any government contract**

| Cincinnati | OH | 45202 |
|---|---|---|
| City | State | ZIP Code |

Country

*Amended herein: added*

| 2.25 | **State what the contract or lease is for and the nature of the debtor's interest** | Pharmacy Consultant Agreement | Omnicare, Inc. |
|---|---|---|---|

Name

Attn General Counsel
Notice Name

900 Omnicare Center
Address

**State the term remaining**

201 East Fourth Street

**List the contract number of**

**any government contract**

| Cincinnati | OH | 45202 |
|---|---|---|
| City | State | ZIP Code |

Country

*Amended herein: added*

| 2.26 | **State what the contract or lease is for and the nature of the debtor's interest** | Pharmacy Products and Services Agreement | Omnicare, Inc. |
|---|---|---|---|

Name

Attn General Counsel
Notice Name

900 Omnicare Center
Address

**State the term remaining**

201 East Fourth Street

**List the contract number of**

**any government contract**

| Cincinnati | OH | 45202 |
|---|---|---|
| City | State | ZIP Code |

Country

*Amended herein: added*

Debtor:  SABL, LLC
Name

Case number *(if known):*    24-10584

**2.27** **State what the contract or lease is for and the nature of the debtor's interest**    Billing

Presto-X
Name

Notice Name

4521 Leavenworth Street
Address

**State the term remaining**

**List the contract number of any government contract**

| Omaha | NE | 68106-1437 |
|---|---|---|
| City | State | ZIP Code |

Country

*Amended herein: added*

**2.28** **State what the contract or lease is for and the nature of the debtor's interest**    Multi-Facility Supply and Services Agreement

Pulmonary Exchange, Ltd. aka PEL/VIP
Name

Attn Raymond Kalinsky
Notice Name

9840 SW Hwy.
Address

**State the term remaining**

**List the contract number of any government contract**

| Oak Lawn | IL | 60453 |
|---|---|---|
| City | State | ZIP Code |

Country

*Amended herein: added*

**2.29** **State what the contract or lease is for and the nature of the debtor's interest**    Amended and Restated Therapy Services Agreement

RehabCare Group East, LLC
Name

Attn VP, Finance
Notice Name

680 South Fourth Street
Address

**State the term remaining**

**List the contract number of any government contract**

| Louisville | KY | 40202 |
|---|---|---|
| City | State | ZIP Code |

Country

*Amended herein: added*

Debtor: SABL, LLC
Name

Case number *(if known):*   24-10584

| 2.30 | **State what the contract or lease is for and the nature of the debtor's interest** | Second Amended and Restated and Reaffirmed Guaranty Agreement | RehabCare Group East, LLC |
|---|---|---|---|

Name

Attn Chief Financial Officer
Notice Name

680 South Fourth Street
Address

**State the term remaining**

**List the contract number of**

**any government contract**

| Louisville | KY | 40202 |
|---|---|---|
| City | State | ZIP Code |

Country

*Amended herein: added*

| 2.31 | **State what the contract or lease is for and the nature of the debtor's interest** | Protocol and Agreement of Hospice Services | Sarah Bush Lincoln Health Center d/b/a Sarah Bush Lincoln Hospice |
|---|---|---|---|

Name

Attn Post Acute Care Director
Notice Name

Sarah Bush Lincoln Hospice
Address

1004 Health Center Drive, Suite 202

**State the term remaining**

**List the contract number of**

**any government contract**

| Mattoon | IL | 61938 |
|---|---|---|
| City | State | ZIP Code |

Country

*Amended herein: added*

| 2.32 | **State what the contract or lease is for and the nature of the debtor's interest** | Amendment to Pharmaceutical Product Rebate Agreement | Smith & Nephew, Inc. |
|---|---|---|---|

Name

Attn Company Secretary
Notice Name

1450 E. Brooks Road
Address

**State the term remaining**

**List the contract number of**

**any government contract**

| Memphis | TN | 38116 |
|---|---|---|
| City | State | ZIP Code |

Country

*Amended herein: added*

| 2.30 |
|---|

Debtor: SABL, LLC
_____
Name

Case number *(if known):*  24-10584
_____

**2.33 State what the contract or lease is for and the nature of the debtor's interest**

Rebate Agreement

Smith & Nephew, Inc.
_____
Name

Attn Company Secretary
_____
Notice Name

1450 E. Brooks Road
_____
Address

**State the term remaining**

**List the contract number of any government contract**

| Memphis | TN | 38116 |
|---|---|---|
| City | State | ZIP Code |

Country

*Amended herein: added*

**2.34 State what the contract or lease is for and the nature of the debtor's interest**

EpicCare Link Site Level Agreement

Southern Illinois Hospital Services
_____
Name

Attention Rex P. Budde
_____
Notice Name

1239 E. Main St.
_____
Address

**State the term remaining**

**List the contract number of any government contract**

| Carbondale | IL | 62902 |
|---|---|---|
| City | State | ZIP Code |

Country

*Amended herein: added*

**Fill in this information to identify the case:**

Debtor Name: In re : SABL, LLC

United States Bankruptcy Court for the:  District of Delaware

Case number (if known): 24-10584 (TMH)

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☑ Amended *Schedule*   Schedule A/B: Assets-Real and Personal Property, Schedule E/F: Creditors Who Have Unsecured Claims, Schedule G: Executory Contracts and Unexpired Leases, Summary of Assets and Liabilities for Non-Individuals

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)*

☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   04/22/2025
        MM / DD / YYYY

✖ / s / David R. Campbell
Signature of individual signing on behalf of debtor

David R. Campbell
Printed name

Authorized Signatory
Position or relationship to debtor

Official Form 202        **Declaration Under Penalty of Perjury for Non-Individual Debtors**

**In re: SABL, LLC**
**Case No. 24-10584**
Schedule A/B 15
Non-publicly traded stock and interests

| Name of entity | % of ownership | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Aledo HCO, LLC | 99% | | Undetermined |
| Arcola HCO, LLC | 99% | | Undetermined |
| Aspen HCO, LLC | 99% | | Undetermined |
| Bement HCO, LLC | 99% | | Undetermined |
| Casey HCO, LLC | 99% | | Undetermined |
| Collinsville HCO, LLC | 99% | | Undetermined |
| CYE Bradford HCO, LLC | 99% | | Undetermined |
| CYE Bushnell HCO, LLC | 99% | | Undetermined |
| CYE Sullivan HCO, LLC | 99% | | Undetermined |
| CYE Walcott HCO, LLC | 99% | | Undetermined |
| Decatur HCO, LLC | 99% | | Undetermined |
| Eastview HCO, LLC | 99% | | Undetermined |
| Effingham HCO, LLC | 99% | | Undetermined |
| Havana HCO, LLC | 99% | | Undetermined |
| Kewanee HCO, LLC | 99% | | Undetermined |
| Lebanon HCO, LLC | 99% | | Undetermined |
| McLeansboro HCO, LLC | 99% | | Undetermined |
| Midwest Health Operations, LLC | 1% | | Undetermined |
| North Aurora HCO, LLC | 99% | | Undetermined |
| Petersen Health & Wellness, LLC | 1% | | Undetermined |
| Petersen Health Business, LLC | 1% | | Undetermined |
| Petersen Health Care - Farmer City, LLC | 99% | | Undetermined |
| Petersen Health Enterprises, LLC | 1% | | Undetermined |
| Petersen Health Group, LLC | 1% | | Undetermined |
| Petersen Health Quality, LLC | 1% | | Undetermined |
| Petersen Healthcare VII, LLC | 1% | | Undetermined |
| Piper HCO, LLC | 99% | | Undetermined |
| Pleasant View HCO, LLC | 99% | | Undetermined |
| Prairie City HCO, LLC | 99% | | Undetermined |
| Robings HCO, LLC | 99% | | Undetermined |
| Rosiclare HCO, LLC | 99% | | Undetermined |

**In re: SABL, LLC**
**Case No. 24-10584**
Schedule A/B 15
Non-publicly traded stock and interests

| Name of entity | % of ownership | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Royal HCO, LLC | 99% | | Undetermined |
| Shangri La HCO, LLC | 99% | | Undetermined |
| Shelbyville HCO, LLC | 99% | | Undetermined |
| Sullivan HCO, LLC | 99% | | Undetermined |
| Swansea HCO, LLC | 99% | | Undetermined |
| Tarkio HCO, LLC | 99% | | Undetermined |
| Tuscola HCO, LLC | 99% | | Undetermined |
| Twin HCO, LLC | 99% | | Undetermined |
| Vandalia HCO, LLC | 99% | | Undetermined |
| Village Kewanee HCO, LLC | 99% | | Undetermined |
| Watseka HCO, LLC | 99% | | Undetermined |
| Westside HCO, LLC | 99% | | Undetermined |
| | | TOTAL: | **Undetermined** |

**In re: SABL, LLC**
**Case No. 24-10584**
AMENDED Schedule A/B 77
Other property of any kind not already listed

| Other property of any kind not already listed | Current value of debtor's interest | Amendment |
|---|---|---|
| Inter Company Loan - Candle Hospitality LLC | $70,000.00 | Amended herein - added |
| Inter Company Loan - Petersen Companies LLC | $85,399.95 | Amended herein - added |
| Inter Company Loan - Petersen Health Junction, LLC | $175,791.26 | Amended herein - added |
| Inter Company Loan - Petersen Healthcare VII, LLC | $2,402,653.32 | Amended herein - added |
| Inter Company Loan - Petersen Hospitality, LLC | $161,426.48 | Amended herein - added |
| Inter Company Loan - Petersen Hotels, LLC | $180,000.00 | Amended herein - added |
| **TOTAL:** | $3,075,271.01 | |

**EXHIBIT B**

**Amended Statements**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | |
| SC HEALTHCARE HOLDING, LLC, *et al.*, | Chapter 11 |
| Debtors. [1] | Case No. 24-10443 (TMH) |
| | (Jointly Administered) |

**AMENDED STATEMENT OF FINANCIAL AFFAIRS FOR**
**SABL, LLC (CASE NO. 24-10584)**

Amended Herein:
- SOFA Question 4 - Payments/transfers to insiders within 1 year

---

[1]  The last four digits of SC Healthcare Holding, LLC's tax identification number are 2584. The mailing address for SC Healthcare Holding, LLC is c/o Petersen Health Care Management, LLC 830 West Trailcreek Dr., Peoria, IL 61614. Due to the large number of debtors in these Chapter 11 Cases, for which the Debtors have requested joint administration, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information will be made available on a website of the Debtors' proposed claims and noticing agent at www.kccllc.net/Petersen.

**Fill in this information to identify the case:**

Debtor Name: In re : SABL, LLC

United States Bankruptcy Court for the:  District Of Delaware

Case number (if known): 24-10584 (TMH)

☑ Check if this is an
amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy  04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:    Income**

**1. Gross revenue from business**

☑ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From _____<br>MM / DD / YYYY | to   Filing date | ☐ Operating a business<br>☐ Other _____ | $ _____ |
| **For prior year:** | From _____<br>MM / DD / YYYY | to _____<br>MM / DD / YYYY | ☐ Operating a business<br>☐ Other _____ | $ _____ |
| **For the year before that:** | From _____<br>MM / DD / YYYY | to _____<br>MM / DD / YYYY | ☐ Operating a business<br>☐ Other _____ | $ _____ |

Debtor:   SABL, LLC
_____
          Name

Case number *(if known):*   24-10584
_____

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. Non-business income may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

|  | | | | **Description of sources of revenue** | **Gross revenue from each source** (before deductions and exclusions) |
|---|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From _____ MM / DD / YYYY | to | Filing date | _____ | $ _____ |
| **For prior year:** | From _____ MM / DD / YYYY | to | _____ MM / DD / YYYY | _____ | $ _____ |
| **For the year before that:** | From _____ MM / DD / YYYY | to | _____ MM / DD / YYYY | _____ | $ _____ |

Debtor:   SABL, LLC                                                                      Case number *(if known):*   24-10584
_____                        _____
Name

---

**Part 2:**     **List Certain Transfers Made Before Filing for Bankruptcy**

---

3.  **Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers-including expense reimbursements-to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575 . (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐  None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer Check all that apply |
|---|---|---|---|
| 3.1  See SOFA 3 Attachment _____ Creditor's Name _____ Street _____ City         State      ZIP Code _____ Country | _____ | $ _____ | ☐      Secured debt ☐      Unsecured loan repayments ☐      Suppliers or vendors ☐      Services ☐      Other |

4.  **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. Insiders include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐  None

| Insider's Name and Address | Dates | Total amount or value | Reason for payment or transfer |
|---|---|---|---|
| 4.1  See Amended SOFA 4 Attachment _____ Insider's Name _____ Street _____ City         State      ZIP Code _____ Country **Relationship to Debtor** _____ | _____ | $ _____ | _____ |

---

Official Form 207                **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**                Page 3

Debtor:   SABL, LLC                                                                 Case number *(if known):*   24-10584
_____                                  _____
           Name

**5.   Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's Name and Address | Description of the Property | Date | Value of property |
|---|---|---|---|
| 5.1 _____ <br> Creditor's Name <br><br> _____ <br> Street <br><br> _____ <br> City      State     ZIP Code <br><br> _____ <br> Country | _____ | _____ | $ _____ |

**6.   Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's Name and Address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| 6.1 _____ <br> Creditor's Name <br><br> _____ <br> Street <br><br> _____ <br> City      State     ZIP Code <br><br> _____ <br> Country | <br><br> Last 4 digits of account number: XXXX– | _____ <br><br> _____ | $ _____ |

Debtor: SABL, LLC _____   Case number *(if known)*: 24-10584 _____

Name

---

**Part 3:**   **Legal Actions or Assignments**

---

7.  **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

    List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

    ☑ None

    | | Case title | Nature of case | Court or agency's name and address | Status of case |
    |---|---|---|---|---|
    | 7.1 | _____ | _____ | _____ Name | ☐ Pending |
    | | | | _____ Street | ☐ On appeal |
    | | **Case number** | | | ☐ Concluded |
    | | _____ | | _____ | |
    | | | | City   State   ZIP Code | |
    | | | | _____ Country | |

8.  **Assignments and receivership**

    List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

    ☑ None

    | | Custodian's name and address | Description of the Property | Value |
    |---|---|---|---|
    | 8.1 | _____ Custodian's name | _____ | $ _____ |
    | | _____ Street | **Case title** | **Court name and address** |
    | | _____ | _____ | _____ Name |
    | | _____ City   State   ZIP Code | **Case number** | _____ Street |
    | | _____ | _____ | _____ |
    | | Country | **Date of order or assignment** | City   State   ZIP Code |
    | | | _____ | _____ Country |

Debtor:  SABL, LLC
      Name

Case number *(if known):*    24-10584

| Part 4: | Certain Gifts and Charitable Contributions |
|---------|--------------------------------------------|

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1 _____ | _____ | | $ _____ |

Creditor's Name

Street

City      State      ZIP Code

Country

**Recipient's relationship to debtor**

_____

Debtor:  SABL, LLC
_____
Name

Case number *(if known)*:    24-10584
_____

---

**Part 5:**  **Certain Losses**

10.  **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br>List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Date of loss | Value of property lost |
|---|---|---|---|
| 10.1  A ransomware cyber attack which occurred in October 2023, ultimately led to the loss of large quantities of data and signficant consulting fees | None | 10/2023 | $           Undetermined |

---

Debtor:   SABL, LLC _____   Case number *(if known):*   24-10584 _____
         Name

| Part 6: | Certain Payments or Transfers |
|---|---|

**11.   Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1 Winston & Strawn LLP | | 12/6/2023 | $          200,000.00 |

**Address**

35 W. Wacker Drive
Street

| Chicago | IL | 60601 |
|---|---|---|
| City | State | ZIP Code |

Country

**Email or website address**

https://www.winston.com/en

**Who made the payment, if not debtor?**

| 11.2 Winston & Strawn LLP | | 1/17/2024 | $          183,844.00 |
|---|---|---|---|

**Address**

35 W. Wacker Drive
Street

| Chicago | IL | 60601 |
|---|---|---|
| City | State | ZIP Code |

Country

**Email or website address**

https://www.winston.com/en

**Who made the payment, if not debtor?**

Debtor:   SABL, LLC
_____
Name

Case number *(if known):*   24-10584
_____

| 11.3 | Winston & Strawn LLP | | 2/29/2024 | $ | 750,000.00 |

**Address**

35 W. Wacker Drive
Street

| Chicago | IL | 60601 |
| City | State | ZIP Code |

Country

**Email or website address**

https://www.winston.com/en

**Who made the payment, if not debtor?**

| 11.4 | Young Conaway Stargatt Taylor | | 2/29/2024 | $ | 550,000.00 |

**Address**

1000 North King Street
Street

| Wilmington | DE | 19801 |
| City | State | ZIP Code |

Country

**Email or website address**

https://www.youngconaway.com/

**Who made the payment, if not debtor?**

| 11.5 | Getzler Henrich & Associates | | 2/29/2024 | $ | 350,000.00 |

**Address**

295 Madison Ave
Street

20th Floor

| New York | NY | 10017 |
| City | State | ZIP Code |

Country

**Email or website address**

https://getzlerhenrich.com/

**Who made the payment, if not debtor?**

Debtor:  SABL, LLC
Name

Case number *(if known)*:   24-10584

| | | | | |
|---|---|---|---|---|
| 11.6 | Winston & Strawn LLP | | 3/19/2024 | $ 150,000.00 |

**Address**

35 W. Wacker Drive
Street

| Chicago | IL | 60601 |
|---|---|---|
| City | State | ZIP Code |

Country

**Email or website address**

https://www.winston.com/en

**Who made the payment, if not debtor?**

| | | | | |
|---|---|---|---|---|
| 11.7 | Getzler Henrich & Associates | | 3/19/2024 | $ 62,424.00 |

**Address**

295 Madison Ave
Street

20th Floor

| New York | NY | 10017 |
|---|---|---|
| City | State | ZIP Code |

Country

**Email or website address**

https://getzlerhenrich.com/

**Who made the payment, if not debtor?**

| | | | | |
|---|---|---|---|---|
| 11.8 | KCC Global Administration | | 3/18/2024 | $ 35,000.00 |

**Address**

222 N. Pacific Coast Highway
Street

Suite 300

| El Segundo | CA | 90245 |
|---|---|---|
| City | State | ZIP Code |

Country

**Email or website address**

www.kcc.net

**Who made the payment, if not debtor?**

Debtor: SABL, LLC _____   Case number *(if known):* ___24-10584___

Name

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

| | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|---|
| 12.1 | _____ | _____ | _____ | $ _____ |

|  | **Trustee** |
|---|---|
|  | _____ |

**13. Transfers not already listed on this statement**

List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1 | _____ | _____ | _____ | $ _____ |

| **Address** |
|---|
| _____ |
| Street |
| _____ |
| City          State          ZIP Code |
| _____ |
| Country |
| **Relationship to Debtor** |
| _____ |

Debtor:  SABL, LLC _____    Case number *(if known)*:  24-10584 _____
         Name

| **Part 7:** | **Previous Locations** |

**14.  Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| **Address** | **Dates of occupancy** |
|---|---|

14.1  _____        From _____   To _____
     Street

     _____

     City       State      ZIP Code

     _____
     Country

Debtor:   SABL, LLC                                          Case number *(if known):*   24-10584
_____
         Name

| Part 8: | Health Care Bankruptcies |
|---|---|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
— diagnosing or treating injury, deformity, or disease, or
— providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| | Facility Name and Address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|---|
| 15.1 | _____<br>Facility Name | | |
| | _____<br>Street | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | How are records kept?<br><br>Check all that apply:<br>☐  Electronically<br>☐  Paper |
| | _____<br>City      State      ZIP Code | | |
| | _____<br>Country | | |

Debtor:   SABL, LLC                                                                Case number *(if known)*:      24-10584
          _____                                                       _____
          Name

| Part 9: | Personally Identifiable Information |

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑  No.

☐  Yes. State the nature of the information collected and retained.    _____

          Does the debtor have a privacy policy about that information?

          ☐   No

          ☐   Yes

**17.  Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑  No. Go to Part 10.

☐  Yes. Does the debtor serve as plan administrator?

          ☐   No. Go to Part 10.

          ☐   Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| 17.1  _____ | EIN: _____ |

          Has the plan been terminated?
          ☐ No
          ☐ Yes

Debtor: SABL, LLC _____   Case number *(if known)*: 24-10584 _____
      Name

| **Part 10:** | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1 | _____ Name | XXXX-____ | ☐ Checking  ☐ Savings  ☐ Money market  ☐ Brokerage  ☐ Other _____ | _____ | $ _____ |
| | _____ Street | | | | |
| | _____ | | | | |
| | _____ City  State  ZIP Code | | | | |
| | _____ Country | | | | |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| | Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| 19.1 | _____ Name | _____ | _____ | ☐ No |
| | _____ Street | | | ☐ Yes |
| | _____ | **Address** | | |
| | _____ City  State  ZIP Code | _____ | | |
| | _____ Country | | | |

Debtor: SABL, LLC
_____
Name

Case number *(if known):*   24-10584
_____

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| 20.1 See Global Notes | | | ☐ No |
| Name | | | ☐ Yes |
| Street | | | |
| City    State    ZIP Code | **Address** | | |
| Country | | | |

Debtor:   SABL, LLC                                    Case number *(if known)*:   24-10584
    Name

| Part 11: | Property the Debtor Holds or Controls That the Debtor Does Not Own |

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| 21.1 See Global Notes<br>Name | | | $ |
| Street | | | |
| | | | |
| City          State          ZIP Code | | | |
| Country | | | |

Debtor:   SABL, LLC                                                                Case number *(if known):*      24-10584
_____                                          _____
          Name

| Part 12: | Details About Environmental Information |
|----------|----------------------------------------|

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).
- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.
- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No

☐ Yes. Provide details below.

| | Case title | Court or agency name and address | Nature of the case | Status of case |
|---|------------|----------------------------------|--------------------|----------------|
| 22.1 | _____ | _____ Name | _____ | ☐ Pending |
| | | | | ☐ On appeal |
| | | _____ Street | | ☐ Concluded |
| | **Case Number** | _____ | | |
| | _____ | _____ City    State    ZIP Code | | |
| | | _____ Country | | |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No

☐ Yes. Provide details below.

| | Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|----------------------|------------------------------------|-----------------------------|----------------|
| 23.1 | _____ Name | _____ Name | _____ | _____ |
| | _____ Street | _____ Street | | |
| | _____ | _____ | | |
| | _____ City    State    ZIP Code | _____ City    State    ZIP Code | | |
| | _____ Country | _____ Country | | |

Debtor:   SABL, LLC                                                                 Case number *(if known)*:      24-10584

Name

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| | Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|---|
| 24.1 | | | | |
| | Name | Name | | |
| | Street | Street | | |
| | | | | |
| | City        State        ZIP Code | City        State        ZIP Code | | |
| | Country | Country | | |

Debtor: SABL, LLC
    Name

Case number *(if known):*    24-10584

---

## Part 13:    Details About the Debtor's Business or Connections to Any Business

**25.    Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| 25.1  See SOFA 25 Attachment<br>Name | | EIN: |
| Street | | **Dates business existed** |
| | | From _____  To _____ |
| City          State          ZIP Code | | |
| Country | | |

**26.    Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and Address | Dates of service |
|---|---|
| 26a.1  Petersen Health Care Management, LLC<br>Name | From _____  To _____ |
| 830 West Trailcreek Dr.<br>Street | |
| Peoria          IL          61614<br>City          State          ZIP Code | |
| Country | |

26b.    List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and Address | Dates of service |
|---|---|
| 26b.1  Petersen Healthcare Management, Mark Petersen<br>Name | From  12/22/2011      To  Present |
| 830 West Trailcreek Dr.<br>Street | |
| Peoria          IL          61614<br>City          State          ZIP Code | |
| Country | |

Debtor: SABL, LLC
Name

Case number *(if known):* 24-10584

26b.2 Ginoli & Company
Name

From 2002      To Present

7625 N University St.
Street

| Peoria | IL | 61614 |
|---|---|---|
| City | State | ZIP Code |

Country

26b.3 Clifton, Larson, Allen
Name

From 2012      To Present

301 SW Adams St.
Street

Suite 1000

| Peoria | IL | 61602 |
|---|---|---|
| City | State | ZIP Code |

Country

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| **Name and address** | **If any books of account and records are unavailable, explain why** |
|---|---|

26c.1 Getzler Henrich and Associates
Name

295 Madison Ave
Street

Floor 20

| New York | NY | 10023 |
|---|---|---|
| City | State | ZIP Code |

Country

| **Name and address** | **If any books of account and records are unavailable, explain why** |
|---|---|

26c.2 Ginoli & Company
Name

7625 N University St.
Street

| Peoria | IL | 61614 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor:   SABL, LLC
          Name

Case number *(if known):*   24-10584

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.3  Petersen Healthcare Management, Mark Petersen<br>        Name<br><br>        830 West Trailcreek Dr.<br>        Street<br><br>        Peoria                              IL        61614<br>        City                                State     ZIP Code<br><br>        Country | |

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.4  Clifton, Larson, Allen<br>        Name<br><br>        301 SW Adams St.<br>        Street<br><br>        Suite 1000<br><br>        Peoria                              IL        61602<br>        City                                State     ZIP Code<br><br>        Country | |

26d.  List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| <br>Name<br><br>Street<br><br><br>City                        State        ZIP Code<br><br>Country |

Debtor: SABL, LLC
_____
Name

Case number *(if known)*: 24-10584
_____

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of Inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $ _____ |

|  | Name and address of the person who has possession of inventory records |
|---|---|
| 27.1 | _____<br>Name |
|  | _____<br>Street |
|  | _____ |
|  | _____<br>City          State          ZIP Code |
|  | _____<br>Country |

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| | Name | Address | Position and Nature of any interest | % of interest, if any |
|---|---|---|---|---|
| 28.1 | Mark B. Petersen | 830 West Trailcreek Dr. , Peoria, IL 61614 | Owner | 41.04% |
| 28.2 | Petersen Health Care II, Inc. | 203 East Monroe Street, Casey, IL 62420 | Owner | 19.18% |
| 28.3 | Petersen Health Care, Inc. | 830 West Trailcreek Dr. , Peoria, IL 61614 | Owner | 31.88% |
| 28.4 | Petersen Health Systems, Inc. | 830 West Trailcreek Dr. , Peoria, IL 61614 | Owner | 7.90% |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners,   members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No

☐ Yes. Identify below.

| | Name | Address | Position and Nature of any interest | Period during which position or interest was held |
|---|---|---|---|---|
| 29.1 | _____ | _____ | _____ | From _____ To _____ |

Debtor: SABL, LLC                                                                    Case number *(if known)*:    24-10584
_____
Name

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans,credits on loans, stock redemptions, and options exercised?

☐ No

☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1 See SOFA Question 4 | | | |
| Name | | | |
| Street | | | |
| | | | |
| City          State          ZIP Code | | | |
| Country | | | |
| **Relationship to debtor** | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| 31.1 | EIN: |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| 32.1 | EIN: |

| Part 14: | Signature and Declaration |
|---|---|

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.

18 U.S.C.§§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      04/22/2025
                 MM / DD / YYYY

✖      / s / David R. Campbell                                  Printed name    David R. Campbell
       Signature of individual signing on behalf of the debtor

       Position or relationship to debtor      Authorized Signatory

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☐      No

☑      Yes

**In re: SABL, LLC**
**Case No. 24-10584**
Attachment 3
Certain payments or transfers to creditors within 90 days before filing this case

| Creditor's name | Address 1 | Address 2 | City | State | Zip | Date | Total amount or value | Reason for payment or transfer (e.g. Secured debt, Unsecured loan repayments, Suppliers or vendors, Services, or Other) |
|---|---|---|---|---|---|---|---|---|
| Getzler Henrich | 830 West Trailcreek Dr | | Peoria | IL | 61614 | 2/29/2024 | $350,000.00 | Legal |
| KCC Global Admin | 830 West Trailcreek Dr | | Peoria | IL | 61614 | 3/18/2024 | $35,000.00 | Legal |
| PNC | 830 West Trailcreek Dr | | Peoria | IL | 61614 | 12/29/2023 | $60,281.50 | Bank Fees |
| PNC | 830 West Trailcreek Dr | | Peoria | IL | 61614 | 1/31/2024 | $61,198.35 | Bank Fees |
| PNC | 830 West Trailcreek Dr | | Peoria | IL | 61614 | 2/29/2024 | $66,958.87 | Bank Fees |
| Renewal Rehab | 830 West Trailcreek Dr | | Peoria | IL | 61614 | 3/14/2024 | $250,000.00 | Security Deposit |
| Winston Strawn | 830 West Trailcreek Dr | | Peoria | IL | 61614 | 1/17/2024 | $183,844.00 | Legal |
| Winston Strawn | 830 West Trailcreek Dr | | Peoria | IL | 61614 | 2/29/2024 | $750,000.00 | Legal |
| Winston Strawn | 830 West Trailcreek Dr | | Peoria | IL | 61614 | 3/19/2024 | $150,000.00 | Legal |
| Young Conway | 830 West Trailcreek Dr | | Peoria | IL | 61614 | 2/29/2024 | $550,000.00 | Legal |

**In re: SABL, LLC**
**Case No. 24-10584**
AMENDED Attachment 4
Payments or other transfers of property made within 1 year before filing this case that benefited any insider

| Insider's name | Address 1 | City | State | Zip | Date | Total amount or value | Reasons for payment or transfer | Relationship to debtor | Amended |
|---|---|---|---|---|---|---|---|---|---|
| **Please reference Global Notes for additional information related to Intercompany Payments/Transfers | | | | | | | | | |
| Candle Hospitality, LLC * | 5300 W. Landens Way | Peoria | IL | 61615 | 1/22/2024 | $35,000.00 | Wire to | Related Entity | |
| Candlewood Inn & Suites | | | | | 11/17/2023 | $35,000.00 | Candlewood Hosp (HPB) | | Amended Herein - Added |
| CYE Girard HCO, LLC* | 1016 West North Street | Girard | IL | 62640 | 1/22/2024 | $35,000.00 | Wire to | Related Entity | |
| Mark B. Petersen | 830 West Trailcreek Dr. | Peoria | IL | 61614 | 5/11/2023 | $12,000.00 | Wells Fargo | Owner | Amended Herein - Added |
| Mark B. Petersen | 830 West Trailcreek Dr. | Peoria | IL | 61614 | 11/28/2023 | $25,000.00 | MBP (BB) | Owner | |
| Mark B. Petersen | 830 West Trailcreek Dr. | Peoria | IL | 61614 | 1/22/2024 | $25,000.00 | MBP Better Banks | Owner | |
| Mark B. Petersen | 830 West Trailcreek Dr. | Peoria | IL | 61614 | 1/22/2024 | $25,000.00 | MBP PNC account | Owner | Amended Herein - Added |
| Mark B. Petersen | 830 West Trailcreek Dr. | Peoria | IL | 61614 | 1/25/2024 | $14,480.00 | MBP Better Banks | Owner | |
| Mark B. Petersen | 830 West Trailcreek Dr. | Peoria | IL | 61614 | 1/25/2024 | $27,800.00 | MBP PNC account | Owner | |
| Midwest Health Operations, LLC* | 5533 N. Galena Rd. | Peoria Heights | IL | 61616 | 2/12/2024 | $68,000.00 | Wire to | Related Entity | |
| Midwest Health Operations, LLC* | 5533 N. Galena Rd. | Peoria Heights | IL | 61616 | 2/16/2024 | $20,000.00 | Intercompany Transfer | Related Entity | |
| ~~Midwest Health Operations, LLC*~~ | ~~5533 N. Galena Rd.~~ | ~~Peoria Heights~~ | ~~IL~~ | ~~61616~~ | ~~4/8/2024~~ | ~~$3,090.00~~ | ~~Wire to~~ | ~~Related Entity~~ | Amended Herein - Removed |
| Petersen Companies, LLC* | 1 AmericInn Way | Monmouth | IL | 61462 | 2/29/2024 | $1,004,799.95 | PC | | Amended Herein - Added |
| Petersen Health & Wellness, LLC* | 408 N. Wilson P.O. Box 285 | Enfield | IL | 62835 | 8/25/2023 | $150,000.00 | Wire to | Related Entity | |
| Petersen Health & Wellness, LLC* | 408 N. Wilson P.O. Box 285 | Enfield | IL | 62835 | 1/22/2024 | $80,000.00 | Wire to | Related Entity | |
| Petersen Health & Wellness, LLC* | 408 N. Wilson P.O. Box 285 | Enfield | IL | 62835 | 1/25/2024 | $135,000.00 | Intercompany Transfer | Related Entity | |
| Petersen Health & Wellness, LLC* | 408 N. Wilson P.O. Box 285 | Enfield | IL | 62835 | 2/16/2024 | $20,000.00 | Intercompany Transfer | Related Entity | |
| ~~Petersen Health & Wellness, LLC*~~ | ~~408 N. Wilson P.O. Box 285~~ | ~~Enfield~~ | ~~IL~~ | ~~62835~~ | ~~4/8/2024~~ | ~~$19,063.08~~ | ~~Wire to~~ | ~~Related Entity~~ | Amended Herein - Removed |
| Petersen Health Care - Illini, LLC* | 1315 Curt Dr. | Champaign | IL | 61821 | 2/16/2024 | $10,000.00 | Intercompany Transfer | Related Entity | |
| Petersen Health Care - Roseville, LLC* | 145 S. Chamberlain St. | Roseville | IL | 61473 | 2/12/2024 | $20,000.00 | Wire to | Related Entity | |
| Petersen Health Care Management, LLC* | 830 West Trailcreek Dr. | Peoria | IL | 61614 | 8/25/2023 | $175,000.00 | Wire to | Related Entity | |
| Petersen Health Care Management, LLC* | 830 West Trailcreek Dr. | Peoria | IL | 61614 | 1/24/2024 | $150,000.00 | Wire to | Related Entity | |
| Petersen Health Care Management, LLC* | 830 West Trailcreek Dr. | Peoria | IL | 61614 | 1/31/2024 | $300,000.00 | Intercompany Transfer | Related Entity | |
| Petersen Health Care Management, LLC* | 830 West Trailcreek Dr. | Peoria | IL | 61614 | 2/12/2024 | $200,000.00 | Wire to | Related Entity | |
| Petersen Health Care Management, LLC* | 830 West Trailcreek Dr. | Peoria | IL | 61614 | 2/12/2024 | $320,000.00 | Wire to | Related Entity | |
| Petersen Health Care Management, LLC* | 830 West Trailcreek Dr. | Peoria | IL | 61614 | 2/16/2024 | $150,000.00 | Intercompany Transfer | Related Entity | |
| Petersen Health Care Management, LLC* | 830 West Trailcreek Dr. | Peoria | IL | 61614 | 2/16/2024 | $150,000.00 | Intercompany Transfer | Related Entity | |
| Petersen Health Care, Inc.* | 830 West Trailcreek Dr. Peoria | Peoria | IL | 61614 | 2/16/2024 | $15,000.00 | Intercompany Transfer | Related Entity | |
| Petersen Health Enterprises, LLC* | 170 W. Concord Street | Sheldon | IL | 60966 | 10/23/2023 | $12,000.00 | Wire to | Related Entity | |
| Petersen Health Network, LLC* | 701 Shadwell Avenue | Flora | IL | 62839 | 2/12/2024 | $70,000.00 | Wire to | Related Entity | |
| Petersen Health Quality, LLC* | 52 Old Route 45 | Louisville | IL | 62858 | 8/25/2023 | $20,000.00 | Wire to | Related Entity | |
| Petersen Health Quality, LLC* | 52 Old Route 45 | Louisville | IL | 62858 | 1/22/2024 | $22,000.00 | Wire to | Related Entity | |
| Petersen Health Quality, LLC* | 52 Old Route 45 | Louisville | IL | 62858 | 2/12/2024 | $12,000.00 | Wire to | Related Entity | |
| Petersen Health Systems, Inc.* | 830 West Trailcreek Dr. Peoria | Peoria | IL | 61614 | 1/22/2024 | $48,000.00 | Wire to | Related Entity | |
| Petersen Health Systems, Inc.* | 830 West Trailcreek Dr. Peoria | Peoria | IL | 61614 | 1/25/2024 | $38,600.00 | Intercompany Transfer | Related Entity | |
| Petersen Health Systems, Inc.* | 830 West Trailcreek Dr. Peoria | Peoria | IL | 61614 | 2/16/2024 | $10,000.00 | Intercompany Transfer | Related Entity | |
| Petersen Hospitality, LLC * | 7806 N. Rt 91 | Peoria | IL | 61615 | 11/17/2023 | $25,000.00 | Hospitality (HPB) | | Amended Herein - Added |
| Petersen Hospitality, LLC * | 7806 N. Rt 91 | Peoria | IL | 61615 | 1/22/2024 | $30,000.00 | Intercompany Loan - Hospitality (Hickory Pt) | | Amended Herein - Added |
| Petersen Hospitality, LLC* | 7806 N. Rt 91 | Peoria | IL | 61615 | 1/22/2024 | $30,000.00 | Intercompany Loan - Hospitality (HPB) | Related Entity | |
| Petersen Hotels, LLC* | 1 AmericInn Way | Monmouth | IL | 61462 | 4/14/2023 | $10,000.00 | Hotels | | Amended Herein - Added |
| Petersen Hotels, LLC* | 1 AmericInn Way | Monmouth | IL | 61462 | 12/6/2023 | $100,000.00 | Hotels (CIBC) | | Amended Herein - Added |
| Petersen Hotels, LLC* | 1 AmericInn Way | Monmouth | IL | 61462 | 1/22/2024 | $60,000.00 | Wire to | Related Entity | |
| Petersen Hotels, LLC* | 1 AmericInn Way | Monmouth | IL | 61462 | 2/16/2024 | $10,000.00 | Intercompany Transfer | Related Entity | |
| SJL Health Systems, Inc.* | 900 South Chestnut Street | Pana | IL | 62557 | 2/12/2024 | $20,000.00 | Wire to | Related Entity | |
| SJL Health Systems, Inc.* | 900 South Chestnut Street | Pana | IL | 62557 | 2/16/2024 | $10,000.00 | Intercompany Transfer | Related Entity | |

**In re: SABL, LLC**
**Case No. 24-10584**
AMENDED Attachment 4
Payments or other transfers of property made within 1 year before filing this case that benefited any insider

| Insider's name | Address 1 | City | State | Zip | Date | Total amount or value | Reasons for payment or transfer | Relationship to debtor | Amended |
|---|---|---|---|---|---|---|---|---|---|
| Twenty Four Corp, LLC* | 830 West Trailcreek Dr. | Peoria | IL | 61614 | 4/14/2023 | $10,000.00 | Twenty Four Corp, LLC - Intercompany Loan | | Amended Herein - Added |
| Twenty Four Corp, LLC* | 830 West Trailcreek Dr. | Peoria | IL | 61614 | 6/7/2023 | $810,000.00 | Twenty Four Corp, LLC - Intercompany Loan | | Amended Herein - Added |
| Twenty Four Corp, LLC* | 830 West Trailcreek Dr. | Peoria | IL | 61614 | 10/17/2023 | $45,000.00 | Twenty Four Corp, LLC - Intercompany Loan | | Amended Herein - Added |
| Twenty Four Corp, LLC* | 830 West Trailcreek Dr. | Peoria | IL | 61614 | 10/23/2023 | $60,000.00 | Twenty Four Corp, LLC - Intercompany Loan | | Amended Herein - Added |
| Twenty Four Corp, LLC* | 830 West Trailcreek Dr. | Peoria | IL | 61614 | 10/25/2023 | $20,000.00 | Twenty Four Corp, LLC - Intercompany Loan | | Amended Herein - Added |
| Twenty Four Corp, LLC* | 830 West Trailcreek Dr. | Peoria | IL | 61614 | 11/21/2023 | $100,000.00 | Twenty Four Corp, LLC - Intercompany Loan | | Amended Herein - Added |
| Twenty Four Corp, LLC* | 830 West Trailcreek Dr. | Peoria | IL | 61614 | 2/16/2024 | $10,000.00 | Twenty Four Corp, LLC - Intercompany Loan | Related Entity | Amended Herein - Reason for payment updated |

**In re: SABL, LLC**
**Case No. 24-10584**
Attachment 25
Other businesses in which the debtor has or has had an interest

| Business name | Address 1 | Address 2 | City | State | Zip | Nature of business | Employer Identification number | Dates business existed |
|---|---|---|---|---|---|---|---|---|
| Aledo HCO, LLC | 304 S.W. 12th Street | | Aledo | IL | 61231 | Operator | 37-1958952 | 5/1/2005 - Present |
| Arcola HCO, LLC | 422 East 4th South Street | | Arcola | IL | 61910 | Operator | 38-4133702 | 10/1/1993 - Present |
| Aspen HCO, LLC | 1403 9th Avenue | | Silvis | IL | 61282 | Operator | 61-1951298 | 10/1/2005 - Present |
| Bement HCO, LLC | 601 North Morgan | | Bement | IL | 61813 | Operator | 30-1213830 | 2/1/1996 - Present |
| Casey HCO, LLC | 100 N.E. 15th Street | | Casey | IL | 62420 | Operator | 84-2841325 | 7/1/2004 - Present |
| Collinsville HCO, LLC | 614 North Summit | | Collinsville | IL | 62234 | Operator | 32-0615702 | 8/1/2006 - Present |
| CYE Bradford HCO, LLC | 100 Courtyard Boulevard | | Bradford | IL | 61421 | Operator | 35-2678010 | 9/1/2006 - Present |
| CYE Bushnell HCO, LLC | 1201 N. Cole Street | | Bushnell | IL | 61422 | Operator | 36-4954875 | 11/1/2008 - Present |
| CYE Sullivan HCO, LLC | 20 Courtyard Blvd. | | Sullivan | IL | 61951 | Operator | 37-1958957 | 10/1/2008 - Present |
| CYE Walcott HCO, LLC | 510 North Main Street | | Walcott | IA | 52773 | Operator | 38-4133707 | 8/27/2007 - Present |
| Decatur HCO, LLC | 136 S. Dipper Lane | | Decatur | IL | 62522 | Operator | 61-1951302 | 10/1/2005 - Present |
| Eastview HCO, LLC | 100 Eastview Place | | Sullivan | IL | 61951 | Operator | 30-1213832 | 1/1/2000 - Present |
| Effingham HCO, LLC | 1610 N. Lakewood Drive | | Effingham | IL | 62401 | Operator | 32-0615705 | 5/1/2005 - Present |
| Havana HCO, LLC | 609 North Harpham Street | | Havana | IL | 62644 | Operator | 35-2678014 | 3/1/2001 - Present |
| Kewanee HCO, LLC | 144 Junior Avenue | | Kewanee | IL | 61443 | Operator | 84-2846119 | 6/1/1974 - Present |
| Lebanon HCO, LLC | 1201 North Alton | | Lebanon | IL | 62254 | Operator | 36-4954883 | 8/1/2007 - Present |
| McLeansboro HCO, LLC | 405 W. Carpenter | | McLeansboro | IL | 62859 | Operator | 37-1958962 | 10/1/2005 - Present |
| Midwest Health Operations, LLC | 5533 N. Galena Rd. | | Peoria Heights | IL | 61616 | Operator | 26-4230617 | 3/1/2009 - Present |
| North Aurora HCO, LLC | 310 Banbury Road | | North Aurora | IL | 60542 | Operator | 84-2866215 | 10/1/2005 - Present |
| Petersen Health & Wellness, LLC | 408 N. Wilson | P.O. Box 285 | Enfield | IL | 62835 | Operator | 46-1968062 | 10/1/2005 - Present |
| Petersen Health Business, LLC | 902 E. Arnold | | Sandwich | IL | 60548 | Operator | 47-3079352 | 10/1/2005 - Present |
| Petersen Health Care - Farmer City, LLC | 404 Brookview Drive | | Farmer City | IL | 61842 | Operator | 26-0232003 | 6/1/2007 - Present |
| Petersen Health Enterprises, LLC | 170 W. Concord Street | | Sheldon | IL | 60966 | RE Owner | 20-0349783 | 1/1/2004 - Present |
| Petersen Health Group, LLC | 830 West Trailcreek Dr. | | Peoria | IL | 61614 | N/A | 47-4867337 | 8/20/2015 - Present |
| Petersen Health Quality, LLC | 52 Old Route 45 | | Louisville | IL | 62858 | Operator | 46-1980496 | 2/1/1996 - Present |
| Petersen Healthcare VII, LLC | 830 West Trailcreek Dr. | | Peoria | IL | 61614 | Former Operator | 26-3843133 | 4/24/2007 - Present |
| Piper HCO, LLC | 600 South Maple St | PO Box 68 | Piper City | IL | 60959 | Operator | 38-4133714 | 11/18/2019 - Present |
| Pleasant View HCO, LLC | 500 North Jackson Street | | Morrison | IL | 61270 | Operator | 61-1951306 | 10/1/2008 - Present |
| Prairie City HCO, LLC | 825 East Main Street | Box 97 | Prairie City | IL | 61470 | Operator | 30-1213838 | 7/1/2007 - Present |
| Robings HCO, LLC | 502 North Main Street | | Brighton | IL | 62012 | Operator | 32-0615710 | 6/1/1974 - Present |
| Rosiclare HCO, LLC | 1807 Fairview Road | PO Box 220 | Rosiclare | IL | 62982 | Operator | 35-2678017 | 10/1/2005 - Present |
| Royal HCO, LLC | 605 East Church Street | | Kewanee | IL | 61443 | Operator | 36-4954885 | 3/1/2003 - Present |
| Shangri La HCO, LLC | 930 NE Duncan Road | | Blue Springs | MO | 64014 | Operator | 35-2677982 | 6/1/2009 - Present |
| Shelbyville HCO, LLC | 2116 W. South 3rd | | Shelbyville | IL | 62565 | Operator | 38-4133674 | 10/1/2005 - Present |
| Sullivan HCO, LLC | 11 Hawthorne Lane | | Sullivan | IL | 61951 | Operator | 61-1951267 | 9/1/2003 - Present |
| Swansea HCO, LLC | 1405 North Second Street | | Swansea | IL | 62226 | Operator | 30-1213802 | 9/1/2006 - Present |

**In re: SABL, LLC**
**Case No. 24-10584**
Attachment 25
Other businesses in which the debtor has or has had an interest

| Business name | Address 1 | Address 2 | City | State | Zip | Nature of business | Employer Identification number | Dates business existed |
|---|---|---|---|---|---|---|---|---|
| Tarkio HCO, LLC | 300 Cedar Street | | Tarkio | MO | 64491 | Operator | 32-0615670 | 11/1/2009 - Present |
| Tuscola HCO, LLC | 1203 Egyptian Trail | | Tuscola | IL | 61953 | Operator | 35-2677979 | 8/1/2004 - Present |
| Twin HCO, LLC | 310 S. Eads Avenue | | Paris | IL | 61944 | Operator | 36-4954842 | 1/1/2006 - Present |
| Vandalia HCO, LLC | 1500 W. St. Louis Ave. | | Vandalia | IL | 62471 | Operator | 37-1958927 | 10/1/2005 - Present |
| Village Kewanee HCO, LLC | 860 Sunset Drive | | Kewanee | IL | 61443 | Operator | 61-1951269 | 3/1/2004 - Present |
| Watseka HCO, LLC | 715 East Raymond Road | | Watseka | IL | 60970 | Operator | 30-1213803 | 1/1/2005 - Present |
| Westside HCO, LLC | 601 North Columbia St. | | West Frankfort | IL | 62896 | Operator | 32-0615673 | 3/1/2009 - Present |